No. 16,966.

GOFF *v.* McGUFFIN ET AL.

(251 P. [2d] 320)

Decided December 8, 1952.  Rehearing denied December 29, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. JOHN T. DUGAN, for plaintiff in error.

Mr. JOSEPH W. ESCH, for defendants in error.